139 So. 911

### Ollie BRADFORD v. STATE.

### 8 Div. 335.

Court of Appeals of Alabama.

Feb. 9, 1932.

W. H. Long, of Decatur, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted on a charge of adultery, and appeals.

The evidence for the state tends to prove the crime charged. The question of guilt was for the jury, and we see no reason to disturb the verdict.

There is no error in the record, and the judgment is affirmed.

Affirmed.